UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Miramar Lakes Homeowner's Association, | § § § | |
| V. | § § | Civil Action No. 4:18-851 |
| Elizabeth Thomas, et al, | § § § | |

### ORDER

Pending before the Court is the Motion to Alter Judgment (Document # 46). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that Motion to Alter Judgment (Document # 46) is DENIED.

SIGNED on the ___16___ day of August, 2018.

_____
DAVID HITTNER
United States District Judge